OPINION — AG — ** BOARD OF REGENTS — EXPENDITURES — CONTRACTUAL AGREEMENTS ** THE GOVERNING BOARDS OF REGENTS OF THE CONSTITUENT INSTITUTIONS OF THE OKLAHOMA STATE SYSTEM OF HIGHER EDUCATION ARE 'NOT' REQUIRED TO SUBMIT REQUESTS TO THE STATE REGENTS FOR HIGHER EDUCATION FOR APPROVE REPAYMENT WITH SECTION THIRTEEN FUND AND NEW COLLEGE FUND MONIES AUTOMATICALLY ALLOTTED TO EACH SUCH INSTITUTION BY VIRTUE OF 70 O.S. 3904 [70-3904] OF LOAN, INVESTMENT OR OTHER CONTRACTUAL AGREEMENTS AS AUTHORIZED BY 70 O.S. 4017 [70-4017] (NEW COLLETE FUND, COLLEGES, UNIVERSITIES, PUBLIC FUNDS, ALLOCATION, COMMISSIONERS OF THE LAND OFFICE, STATE TREASURER) CITE: 62 O.S. 41.14 [62-41.14], 64 O.S. 351 [64-351] — 64 O.S. 355 [64-355], 64 O.S. 355 [64-355], 70 O.S. 621.1 [70-621.1], 70 O.S. 3701 [70-3701], 70 O.S. 3702 [70-3702], 70 O.S. 3902 [70-3902], 70 O.S. 3904 [70-3904], 70 O.S. 3904 [70-3904](B) 70 O.S. 4017 [70-4017], 75 O.S. 22 [75-22], ARTICLE VI, SECTION 31A, ARTICLE XI, SECTION 5, ARTICLE XIII, SECTION 8, ARTICLE XIIIA, SECTION 1, ARTICLE XIIIA, SECTION 2, ARTICLE XIIIA, SECTION 3, ARTICLE XIIIB, SECTION 1, ARTICLE XIIIB, SECTION 2 (MICHAEL SCOTT FERN)